**THERESA A. GOLDNER, COUNTY COUNSEL**
**By: Andrew C. Thomson, Deputy (Bar # 149057)**
**Marshall Scott Fontes, Deputy (Bar# 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants County of Kern, Kern County Sheriff's Office, Sheriff Youngblood, and Deputy Manriquez**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE ESTATE OF DONALD MALIIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to the ESTATE OF DONALD MALIIK LEVINGSTON, ELIJAH LEVINGTSON by and through his *Guardian Ad Litem* TRACI MORALES and ELIZABETH LEVINGSTON, by and through her *Guardian Ad Litem* TRACI MORALES**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPT., DEPUTY DAVID MANRIQUEZ, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, HALL AMBULANCE SERVICE, INC., BRENDA ROBINSON and DOES 1 THROUGH 25, INCLUSIVE**<br><br>**Defendants.** | **Case No.:**<br><br>**NOTICE OF REMOVAL OF CASE TO FEDERAL COURT BY DEFENDANTS COUNTY OF KERN, KERN COUNTY SHERIFF'S OFFICE, SHERIFF DONNY YOUNGBLOOD, AND DEPUTY DAVID MANRIQUEZ** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that Defendants, County of Kern, Kern County Sheriff's Department, Sheriff Youngblood and Deputy Maniquez (hereinafter "County

Defendants") have filed a Notice of Removal of the above-captioned action to the United States District Court for the Eastern District of California, Fresno Division. County Defendants respectfully request removal of this matter to Federal Court, and thereon allege grounds for removal as follows:

1. On February 3, 2016, Plaintiffs caused to be served on County Defendants a summons and Complaint originating in Kern County Superior Court alleging federal claims of violation of civil rights pursuant to 42 U.S.C. §1983, including Monell Liability, deliberate indifference and racial prejudice, along with alleged violations of the Fourteenth Amendment to the U.S. Constitution, and the state law claims of negligence (wrongful death), intentional infliction of emotional distress and failure to provide medical care. (A copy of Plaintiffs' Complaint, filed in state court on January 25, 2016 is attached hereto, and incorporated herein by reference, as Exhibit "A" pursuant to 28 U.S.C. §1446(a).)

2. As a result of a conversation with Counsel for the remaining defendants, County Defendants are informed and believe that all other defendants have been served.

3. As alleged in the complaint, the events giving rise to the allegations occurred on February 26, 2015, in the County of Kern.

4. The United States District Court, Eastern District of California, has original jurisdiction over the federal civil rights claims alleged by Plaintiffs pursuant to 28 U.S.C. §1331 in that they arise "under the Constitution, laws or treaties of the United States." It has supplemental jurisdiction over the pendent state law claims pursuant to 28 U.S.C §1367(a) in that the state claims are related to the federal civil rights claims, having arisen out of the same occurrence and being part of the same case or controversy under Article III of the United States Constitution.

5. To date, no responsive pleading has yet been filed by County Defendants.

6. A responsive pleading to Plaintiffs' Kern County Superior Court Complaint is due on or before March 4, 2016, and therefore this notice of removal is being filed at this time in order to preserve County Defendants' right to respond in Federal Court.

\ \ \

7. There are two matters currently scheduled in Kern County Superior Court: 1) A standard Order to Show Cause hearing, to address service of the complaint, scheduled for May 4, 2016. (A copy of the Notice of the Order to Show Cause hearing is attached hereto, and incorporated herein by reference, as Exhibit "B".)

2) A Case Management Conference scheduled for July 18, 2016, as noted on the lower right-hand portion of the file Superior Court Complaint.

8. A copy of the Notice to Adverse Parties of Removal of the Case to Federal Court, which is attached to this Notice of Removal of Case to Federal Court, will be filed with Kern County Superior Court and served on all adverse parties. (A true and correct copy of the Notice to Adverse Parties of Removal of Case to Federal Court is attached hereto, and incorporated herein by reference, as Exhibit "C".)

WHEREFORE, County Defendants pray that this action be removed to this Court.

Dated:  February 9, 2016        THERESA A. GOLDNER, COUNTY COUNSEL


By:  /S/ Andrew C. Thomson
     Andrew C. Thomson, Deputy
     Attorneys for Defendants County of Kern,
     Kern County Sheriff's Office, Sheriff
     Youngblood, and Deputy Manriquez