**MARK L. NATIONS, INTERIM COUNTY COUNSEL**
By: Andrew C. Thomson, Deputy (Bar # 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants County of Kern,
Kern County Sheriff's Office, Sheriff
Youngblood, and Deputy Manriquez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DONALD MALIIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to the ESTATE OF DONALD MALIIK LEVINGSTON, ELIJAH LEVINGTSON by and through his *Guardian Ad Litem* TRACI MORALES and ELIZABETH LEVINGSTON, by and through her *Guardian Ad Litem* TRACI MORALES<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPT., DEPUTY DAVID MANRIQUEZ, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, HALL AMBULANCE SERVICE, INC., BRENDA ROBINSON and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.: 1:16-CV-00188 DAD JLT<br><br>STIPULATION RE TESTIMONY OF MINOR PLAINTIFFS<br><br>(Doc. 16) |

**COME NOW THE PARTIES IN THIS MATTER:**

Plaintiffs, the Estate Of Donald Maliik Levingston, Traci Morales, individually and as successor in interest to the Estate Of Donald Maliik Levingston, Elijah Levingston by and through his Guardian Ad Litem Traci Morales and Elizabeth Levingston, by and through her

1
_____
**STIPULATION RE: DISCOVERY AND TRIAL TESTIMONY OF MINOR PLAINTIFFS**

1   Guardian Ad Litem Traci Morales (hereinafter collectively "Plaintiffs") are represented by
2   Michael J. Curls and Nichelle D. Jones of the Law Offices of Michael J. Curls.
3       Defendants, Hall Ambulance Service, Inc. and Brenda Robinson (hereinafter
4   collectively "Hall Defendants") are represented by Deborah Susan Tropp of McNeil, Tropp
5   & Braun.
6       Defendants, County of Kern, Kern County Sheriff's Office, Sheriff Youngblood, and
7   Deputy Manriquez, (hereinafter collectively "County Defendants") are represented by Andrew
8   C. Thomson, of the Office of Kern County Counsel.
9       Plaintiffs, Hall Defendants and County Defendants are hereinafter collectively
10  referred to as the "Parties" and provide as follows:
11      **IT IS HEREBY STIPULATED AND AGREED TO**, by and between the Parties to
12  this action through their designated counsel that:
13      Based upon statements by Plaintiffs' counsel, the Parties are informed and believe
14  that the minor Plaintiffs Elijah Levingston and Elizabeth Levingston (hereinafter the "minor
15  Plaintiffs") are currently six and eight years old respectively.
16      Based upon statements by Plaintiffs' counsel, the Parties are informed and believe
17  that the minor plaintiffs do not have any information and/or details about the underlying
18  incident and facts of Decedent's death, including but not limited to Decedent's arrest, the
19  transportation of Decedent from the arrest site, any vehicle stops occurring for inspections,
20  assessments and/or to reposition Decedent during transportation in the Sheriff's vehicle,
21  Decedent's brief stay and/or treatment at Central Receiving (the Downtown Jail), Decedent's
22  stay and/or treatment at Kern Medical Center, and/or Decedent's autopsy including the
23  autopsy and all forensic lab tests and panels.
24      Based upon statements by Plaintiffs' counsel, the Parties are informed and believe
25  that the minor plaintiffs Elijah Levingston and Elizabeth Levingston are understandably
26  having a difficult time as a result of the loss of Decedent and any questioning on the incident
27  or facts of Decedent's death could have an adverse effect on the minor Plaintiffs.
28  \ \ \

**IT IS THEREFOR STIPULATED:**

Based upon the representations by Plaintiffs' counsel as set forth above, the Parties agree and stipulate, as follows:

Hall Defendants and County Defendants will not solicit any information in discovery, including in depositions or at trial, regarding the underlying incident and facts of Decedent's death in this case from the minor Plaintiffs, in an effort to protect the minor Plaintiffs as requested by Plaintiffs' counsel; and,

Neither at trial, nor for any other purpose, will Counsel for minor Plaintiffs illicit, or attempt to illicit, through oral testimony, declaration or in any other manner, any information regarding the incident and or facts regarding Decedent's death from minor Plaintiffs.

DATED: January 11, 2017           **Law Offices of Michael J. Curls**

By: /s/ Nichelle D. Jones
Michael J. Curls, Esq.
Nichelle D. Jones, Esq.
Attorneys for Plaintiffs Estate of Donald Maliik Levingston, Traci Morales, Elijah Levingston and Elizabeth Levingston

DATED: January 12, 2017           **McNeil Tropp & Braun LLP**

By: /s/ Deborah S. Tropp
Deborah Susan Tropp, Esq.
Attorneys for Defendants Hall Ambulance Service, Inc. and Brenda Robinson

DATED: January 12, 2017           **Mark L. Nations, Interim County Counsel**

By: /s/ Andrew C. Thomson
Andrew C. Thomson, Deputy
County Of Kern, Kern County Sheriff's Dept., Deputy David Manriquez, and Kern County Sheriff Donny Youngblood

///

///

///

3

**STIPULATION RE: DISCOVERY AND TRIAL TESTIMONY OF MINOR PLAINTIFFS**

1 **IT IS APPROVED.**

2 IT IS SO ORDERED.

3 Dated: __**January 17, 2017**__  _____**/s/ Jennifer L. Thurston**__
4 UNITED STATES MAGISTRATE JUDGE