1 **MARK L. NATIONS, INTERIM COUNTY COUNSEL**
2 **By: Andrew C. Thomson, Deputy (Bar # 149057)**
  **Kern County Administrative Center**
3 **1115 Truxtun Avenue, Fourth Floor**
  **Bakersfield, CA 93301**
4 **Telephone 661-868-3800**
  **Fax 661-868-3805**
5

6 **Attorneys for Defendants County of Kern,**
  **Kern County Sheriff's Office, Sheriff**
7 **Youngblood, and Deputy Manriquez**

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DONALD MALIIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to the ESTATE OF DONALD MALIIK LEVINGSTON, ELIJAH LEVINGTSON by and through his *Guardian Ad Litem* TRACI MORALES and ELIZABETH LEVINGSTON, by and through her *Guardian Ad Litem* TRACI MORALES<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPT., DEPUTY DAVID MANRIQUEZ, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, HALL AMBULANCE SERVICE, INC., BRENDA ROBINSON and DOES 1 THROUGH 25, INCLUSIVE<br><br>    Defendants. | Case No.: 1:16-CV-00188 DAD JLT<br><br>STIPULATION FOR DISMISSAL OF THE KERN COUNTY SHERIFF'S OFFICE |

**COME NOW THE PARTIES IN THIS MATTER:**

Plaintiffs, the Estate Of Donald Maliik Levingston, Traci Morales, individually and as successor in interest to the Estate Of Donald Maliik Levingston, Elijah Levingston by and through his Guardian Ad Litem Traci Morales and Elizabeth Levingston, by and through her

---
1
_____
**STIPULATION RE: DISCOVERY AND TRIAL TESTIMONY OF MINOR PLAINTIFFS**

Guardian Ad Litem Traci Morales (hereinafter collectively "Plaintiffs") are represented by Michael J. Curls and Nichelle D. Jones of the Law Offices of Michael J. Curls.

Defendants, Hall Ambulance Service, Inc. and Brenda Robinson (hereinafter collectively "Hall Defendants") are represented by Deborah S. Tropp of McNeil, Tropp & Braun.

Defendants, County of Kern, Kern County Sheriff's Office, Sheriff Youngblood, and Deputy Manriquez, (hereinafter collectively "County Defendants") are represented by Andrew C. Thomson, of the Office of Kern County Counsel.

Plaintiffs, Hall Defendants and County Defendants are hereinafter collectively referred to as the "Parties" and provide as follows:

**IT IS HEREBY UNDERSTOOD**, by and between the Parties to this action through their designated counsel:

The Parties understand that the Kern County Sheriff's Office is a Department of, and integral to, the County of Kern.

The Parties are informed and believe that Defendant Kern County Sheriff's Office is not a proper Defendant in this litigation, and that its' liability, if any, is subsumed and completely incorporated within the liability umbrella of the County of Kern.

**IT IS THEREFOR STIPULATED:**

Based upon the foregoing, the Parties agree and stipulate, as follows:

The Parties agree and stipulate that Defendant Kern County Sheriff's Office be dismissed, with prejudice, from this litigation.

DATED: January 25, 2017          **Law Offices of Michael J. Curls**

By:  /s/ Nichelle D. Jones
Michael J. Curls, Esq.
Nichelle D. Jones, Esq.
Attorneys for Plaintiffs Estate of Donald Maliik Levingston, Traci Morales, Elijah Levingston and Elizabeth Levingston

| | | |
|---|---|---|
| 1 | DATED: January 25, 2017 | **McNeil Tropp & Braun LLP** |
| 2 | | |
| 3 | | By: /s/ Christine Meissner for _____<br>Deborah S. Tropp, Esq. |
| 4 | | Attorneys for Defendants Hall Ambulance Service, Inc. and Brenda Robinson |
| 5 | | |
| 6 | DATED: January 25, 2017 | **Mark L. Nations, Interim County Counsel** |
| 7 | | By:   /s/ Andrew C. Thomson _____ |
| 8 | | Andrew C. Thomson, Deputy<br>County Of Kern, Kern County Sheriff's Dept., |
| 9 | | Deputy David Manriquez, and Kern County Sheriff Donny Youngblood |
| 10 | | |

**ORDER**

Based upon the stipulation of the parties which relies upon Fed. R. Civ. P. 41(a), the Court **DIRECTS** the Clerk of the Court to close this matter as to the Kern County Sheriff's Office, only.

IT IS SO ORDERED.

   Dated:   **January 27, 2017**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---

3

_____
**STIPULATION RE: DISCOVERY AND TRIAL TESTIMONY OF MINOR PLAINTIFFS**