1  **MARK L. NATIONS, INTERIM COUNTY COUNSEL**
   **Andrew C. Thomson, Deputy (SBN 149057)**
2  Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone 661-868-3800
   Fax 661-868-3805
5  Attorneys for Defendants, County of Kern, Sheriff Youngblood, and Deputy Manriquez

6  **Michael J. Curls, Esq. (SBN 159651)**
7  **Nichelle D. Jones, Esq. (SBN 186308)**
   **LAW OFFICE OF MICHAEL J. CURLS**
8  4340 Leimert Blvd., Suite 200
9  Los Angeles, CA 90008
   Telephone:    (323) 293-2314
10 Facsimile:    (323) 293-2350
11 Attorneys for Plaintiffs, Estate of Donald Maliik Levingston, Traci Morales, individually and as Guardian Ad Litem for Elijah Levingston and Elizabeth Levingston

12 **Deborah S. Tropp, Esq. (SBN 162613)**
13 **Christina N. Meissner, Esq. (SBN 278714)**
   **McNEIL, TROPP & BRAUN LLP**
14 2 Park Plaza, Suite 620
15 Irvine, California 92614
   Telephone:  (949) 259-2890
16 Facsimile:    (949) 259-2891
17 Attorneys for Defendants, Hall Ambulance Service, Inc. and Brenda Robinson

18
                          **UNITED STATES DISTRICT COURT**
19
                          **EASTERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| THE ESTATE OF DONALD MALIIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to the ESTATE OF DONALD MALIIK LEVINGSTON, ELIJAH LEVINGTSON by and through his *Guardian Ad Litem* TRACI MORALES and ELIZABETH LEVINGSTON, by and through her *Guardian Ad Litem* TRACI MORALES<br><br>            **Plaintiffs,**<br><br>v. | Case No.:  1:16-CV-00188 DAD JLT<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO ADD OMMITTED HEIRS** |

1
_____
**STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO ADD OMITTED HEIRTS**

|   |   |
|---|---|
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPT., DEPUTY DAVID MANRIQUEZ, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, HALL AMBULANCE SERVICE, INC., BRENDA ROBINSON and DOES 1 THROUGH 25, INCLUSIVE | ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

**COME NOW** the Parties in this matter, and present this Stipulation to Allow Plaintiffs to Amend Complaint to Add Omitted Heirs.

Plaintiffs, the Estate Of Donald Maliik Levingston, Traci Morales, individually and as successor in interest to the Estate Of Donald Maliik Levingston, Elijah Levingston by and through his Guardian Ad Litem Traci Morales and Elizabeth Levingston, by and through her Guardian Ad Litem Traci Morales (hereinafter collectively "Plaintiffs") are represented by Michael J. Curls and Nichelle D. Jones of the Law Offices of Michael J. Curls.

Defendants, Hall Ambulance Service, Inc. and Brenda Robinson (hereinafter collectively "Hall Defendants") are represented by Deborah S. Tropp of McNeil, Tropp & Braun.

Defendants, County of Kern, Sheriff Youngblood and Deputy Manriquez, (hereinafter collectively "County Defendants") are represented by Andrew C. Thomson, of the Office of Kern County Counsel.

Plaintiffs, Hall Defendants and County Defendants are hereinafter collectively referred to as the "Parties" and provide as follows:

**THE PARTIES FIND AND AGREE AS FOLLOWS:**

Pursuant to the Court's Order of March 1, 2017, the Parties hereby agree that Plaintiffs are allowed to amend their complaint, with the sole purpose being to only allow the addition of all of the omitted heirs.

Attached as Exhibit "A" is a true and correct copy of Plaintiffs' Proposed First Amended Complaint.

_____
**STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO ADD OMITTED HEIRTS**

The Parties additionally agree that the stipulation to allow the amended complaint is not intended to allow any change or alteration to the complaint, will not change or alter the nature and/or allegations of the complaint and/or will not change, alter or add any cause of action.

The Parties additionally agree that the sole intent of the stipulation is to allow the amendment of the complaint to allow Plaintiffs to join all omitted heirs as parties in the current complaint.

**IT IS THEREFOR STIPULATED:**

Based upon the foregoing, the Parties agree and stipulate, as follows:

Plaintiffs are allowed to amend their complaint for the sole purpose of adding all omitted heirs as parties to this action.

Plaintiffs' amended complaint will not change or alter the nature and/or allegations of the complaint and/or will not change, alter or add any cause of action therein; with the sole intent of the Parties being to only allow the addition of all omitted heirs.

DATED: March 10, 2017                     **Law Offices of Michael J. Curls**

By: /s/ Nichelle D. Jones
Michael J. Curls, Esq.
Nichelle D. Jones, Esq.
Attorneys for Plaintiffs Estate of Donald Maliik Levingston, Traci Morales, Elijah Levingston and Elizabeth Levingston

DATED: March 10, 2017                     **McNeil Tropp & Braun LLP**

By: /s/ Christina Meissner
Deborah S. Tropp, Esq.
Christina Meissner, Esq.
Attorneys for Defendants Hall Ambulance Service, Inc. and Brenda Robinson

1  DATED: March 10, 2017                **Mark L. Nations, Interim County Counsel**

4                                        By:  /s/ Andrew C. Thomson
                                         Andrew C. Thomson, Deputy
                                         County Of Kern, Deputy David Manriquez and
                                         Kern County Sheriff Donny Youngblood

### ORDER

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The stipulation to amend the complaint is **GRANTED**;
2. Plaintiffs SHALL file the amended complaint no later than **March 17, 2017**. Plaintiff SHALL serve the newly added parties expeditiously;
3. The motion to stay (Doc. 20) is **MOOT**.

IT IS SO ORDERED.

Dated:  **March 14, 2017**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO ADD OMITTED HEIRTS**