## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DONALD MALIIK LEVINGSTON, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>COUNTY OF KERN, et al.,<br><br>             Defendants. | Case No.: 1:16-CV-0188 - DAD - JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE (Doc. 32)<br><br>ORDER VACATING ORDER ISSUED MARCH 14, 2017 (Doc. 29)<br><br>ORDER AMENDING CASE SCHEDULE |

On March 14, 2017, the Court granted the parties' stipulation to amend the case schedule based, in part, on the unavailability of counsel for the County for deposition due to an upcoming jury trial (Doc. 23)  Days after this, the trial settled.  Thus, the Court held an informal teleconference to reconsider the outstanding discovery issues in light of the addition of the previously omitted potential heirs.  Thus, the Court **ORDERS:**

   1.   <u>**No later than April 3, 2017**</u>, plaintiffs' counsel **SHALL** provide a copy (via e-mail) to opposing counsel of the divorce decree related to the decedent's first marriage;

   2.   The depositions, previously noticed by plaintiffs, **SHALL** be completed no later than **April 14, 2017**;

   3.   The Court amends the case schedule (Doc. 11) as follows:

        a.   All other non-expert discovery **SHALL** be completed no later than **June 30,**

1

1 | **2017**;
2 |    b. Experts **SHALL** be disclosed no later than **July 21, 2017** and any rebuttal
3 | experts **SHALL** be disclosed no later than **August 18, 2017**;
4 |    b. All expert discovery **SHALL** be completed no later than **September 15, 2017**;
5 |    c. Non-dispositive motions **SHALL** be filed no later than **September 29, 2017** and
6 | heard no later than **October 27, 2017**;
7 |    d. Dispositive motions **SHALL** be filed no later than **November 17, 2017** and
8 | heard no later than **December 19, 2017**;
9 |    e. The pretrial conference is **CONTINUED** to **February 5, 2018** at 3:30 p.m.;
10 |    f. The trial is **CONTINUED** to **April 3, 2018** at 1:30 p.m.
11 | **No other amendments to the case schedule are authorized and the Court anticipates that no**
12 | **further amendments will be permitted.**
13 |
14 | IT IS SO ORDERED.
15 | Dated: **March 19, 2017**   /s/ Jennifer L. Thurston
16 |               UNITED STATES MAGISTRATE JUDGE