MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile: (323) 293-2350

Attorneys for Plaintiffs, THE ESTATE OF DONALD MALIIK LEVINGSTON, TRACI MORALES, ELIJAH MORALES and ELIZABETH MORALES, et al.

MARK L. NATIONS, INTERIM COUNTY COUNSEL
OFFICE OF KERN COUNTY COUNSEL
By: Andrew C. Thomson, Deputy (SBN 149057)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

Attorneys for Defendants, County of Kern, Sheriff Youngblood and Deputy Manriquez

Deborah S. Tropp, Esq. (SBN 162613)
Christina N. Meissner, Esq. (SBN 278714)
McNEIL, TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Telephone: (949) 259-2890
Facsimile: (949) 259-2891

Attorneys for Defendants, HALL AMBULANCE SERVICE, INC. and BRENDA ROBINSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DONALD MALIIK LEVINGSTON, *et al.*<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF KERN, *et al.*<br><br>Defendants | Case No.: 1:16-CV-00188-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br>(Doc. 39)<br><br>(NOTE CHANGE IN DATE TO 8/9/17) |

1

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE (**1:16-CV-00188-DAD-JLT**)**

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. Pursuant to the Court's April 19, 2016 Scheduling Order, a Settlement Conference is set on July 21, 2017, at 9:30 a.m. before Magistrate Judge Jennifer L. Thurston at the United States District Courthouse located at 510 19th Street, Bakersfield, California.

2. The parties have agreed to continue the Settlement Conference to August 4, 2017, at 9:30 a.m. and hereby seek leave for said continuance.

3. Good cause exists for this brief continuance as First Chair Trial Counsel for Defendants, Hall Ambulance Service, Inc. and Brenda Robinson, is unable to attend the July 21, 2017 Settlement Conference due to an unanticipated family event.

4. Per the Court's order signed March 1, 2017, footnote 3, the Parties are permitted to continue the Settlement Conference by stipulation and the August 4, 2017 date and 9:30 a.m. time were cleared with the Court's calendar.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court, that the Scheduling Order be amended to permit the continuance of the Settlement Conference as set forth above.

DATED: June 21, 2017     **LAW OFFICE OF MICHAEL J. CURLS**

By: _____/s/_____
Nichelle D. Jones, Attorneys for
Plaintiffs THE ESTATE OF DONALD
MALIIK LEVINGSTON, *et al.*

DATED: June 21, 2017		**MARK L. NATIONS,**
				**INTERIM COUNTY COUNSEL**


					By:_____/s/_____
					Andrew C. Thomson, Deputy
					Attorneys for Defendants County of
					Kern, *et al*

DATED: June 21, 2017		**McNEIL, TROPP & BRAUN LLP**


					By:_____/s/_____
					Deborah S. Tropp and Christina N.
					Meissner, Attorneys for Defendants
					Hall Ambulance, *et al*

## **~~PROPOSED~~ ORDER**

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Settlement Conference be continued to **August 9, 2017**, at 9:30 a.m. before Magistrate Judge Jennifer L. Thurston at the United States District Courthouse located at 510 19th Street, Bakersfield, California.

No other modifications to the case schedule are authorized.

IT IS SO ORDERED.

Dated:  **June 21, 2017**			**/s/ Jennifer L. Thurston**
						UNITED STATES MAGISTRATE JUDGE

3
**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE (**1:16-CV-00188-DAD-JLT**)**