DEBORAH S. TROPP, ESQ. (SBN 162613)
CHRISTINA N. MEISSNER, ESQ. (SBN 278714)
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California  92614
Telephone:  (949) 259-2890
Facsimile:   (949) 259-2891
Email: dtropp@mtbattorneys.com
Email: cmeissner@mtbattorneys.com

Attorneys for Defendants,
HALL AMBULANCE SERVICE, INC. and
BRENDA ROBINSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DONALD MALIK LEVINGSTON, et al.,<br><br>         Plaintiffs,<br>   vs.<br><br>COUNTY OF KERN, et al.,<br><br>         Defendants. | CASE NO. 1:16-cv-00188-DAD-JLT<br><br>[~~proposed~~] ORDER RE: REQUEST FOR COURT'S PERMISSION TO PERMIT INSURANCE ADJUSTER TO BE AVAILABLE BY TELEPHONE AT UPCOMING SETTLEMENT CONFERENCE<br>(Doc. 45) |

   Defendants HALL AMBULANCE SERVICES, INC. and BRENDA ROBINSON'S request for the Court's permission for the handling insurance adjuster, Lynnae Daberkow, to appear and/or be available to attend the August 9, 2017 Settlement Conference by telephone is **GRANTED**. Ms. Daberkow **SHALL** be available by telephone throughout the conference unless or until the Court excuses her.

IT IS SO ORDERED.

   Dated:   **July 27, 2017**                          **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE