| | |
|---|---|
| THE ESTATE OF DONALD MALIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to the ESTATE OF DONALD MALIK LEVINGSTON, ELIJAH LEVINGSTON by and through his Guardian Ad Litem TRACI MORALES and ELIZABETH LEVINGSTON, by and through her Guardian Ad Litem TRACI MORALES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPT., DEPUTY DAVID MANRIQUEZ, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, HALL AMBULANCE SERVICE, INC., BRENDA ROBINSON and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | No. 1:16-cv-0188-DAD-JLT<br><br><u>ORDER DISMISSING PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO STIPULATION</u><br><br>(Doc. No. 56) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On November 2, 2017, the parties filed a stipulation for dismissal of portions of plaintiffs' first amended complaint presumably under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 56.) Therein the parties agreed to dismiss the following causes of action with respect to the following defendants:

/////

1

- 1st Cause of Action, Wrongful Death – dismissed as to Sheriff Donny Youngblood only;
- 2nd Cause of Action, Violations of Plaintiff's Rights under the Fourteenth Amendment, Deliberate Indifference to Serious Medical Needs – dismissed as to County of Kern only;
- 4th Cause of Action, Supervisor Liability for Violations of Plaintiff's Rights under the Fourteenth Amendment, Deliberate Indifference to Serious Medical Needs – dismissed as to the County of Kern and Sheriff Donny Youngblood;
- 5th Cause of Action, Racial Discrimination – dismissed as to all defendants;
- 6th Cause of Action, Municipal Liability for Racial Discrimination – dismissed as to all defendants;
- 7th Cause of Action, Supervisor Liability for Racial Discrimination – dismissed as to all defendants;
- 8th Cause of Action, Intentional Infliction of Emotional Distress – dismissed as to all defendants

(*Id.* at 3.)

In light of the foregoing, the parties agree that the following causes of action proceed against the remaining defendants:

- 1st Cause of Action, Wrongful Death by all plaintiffs against Defendants Hall Ambulance Service, Inc., Brenda Robinson, Deputy Manriquez, and the County of Kern
- 2nd Cause of Action, § 1983 Violations of Plaintiffs' Fourteenth Amendment Rights, Deliberate Indifference to Serious Medical Needs, Health and Safety against Deputy Manriquez;
- 3rd Cause of Action, § 1983 Municipal Liability for Violation of Plaintiffs' Fourteenth Amendment Rights, Deliberate Indifference to Serious Medical Needs, Health, and Safety against the County of Kern.

(*Id.* at 3–4.)

Accordingly, the court approves the parties' stipulation of dismissal as to the above-listed claims of the first amended complaint and the designated claims are hereby dismissed as to the

/////

/////

/////

specifically designated defendants.  The Clerk of the Court is directed to terminate Sheriff Donny Youngblood as a defendant from this action since no claims remain against him.

IT IS SO ORDERED.

Dated: __**November 6, 2017**__   _____
UNITED STATES DISTRICT JUDGE