DEBORAH S. TROPP, ESQ. (SBN 162613)
CHRISTINA N. MEISSNER, ESQ. (SBN 278714)
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Telephone: (949) 259-2890
Facsimile: (949) 259-2891
E-mail: dtropp@mtbattorneys.com
E-mail: cmeissner@mtbattorneys.com

Attorneys for Defendants,
HALL AMBULANCE SERVICE, INC. and
BRENDA ROBINSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF DONALD MALIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to THE ESTATE OF DONALD MALIK LEVINGSTON, ELIJAH LEVINGSTON by and through his Guardian Ad Litem TRACI MORALES and ELIZABETH LEVINGSTON, by and through her Guardian Ad Litem TRACI MORALES,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, DEPUTY DAVID MANRIQUEZ, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, HALL AMBULANCE SERVICE, INC., BRENDA ROBINSON, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE NO. 1:16-cv-00188-DAD-JLT<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AS TO DEFENDANTS HALL AMBULANCE SERVICE, INC. AND BRENDA ROBINSON ONLY, WITH PREJUDICE; (~~Proposed~~) ORDER CLOSING THE CASE AS TO THESE DEFENDANTS**<br>**(Doc. 72)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, THE ESTATE OF DONALD MALIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to THE ESTATE OF DONALD MALIK LEVINGSTON, ELIJAH LEVINGSTON by and through his

---

1
**STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANTS HALL AMBULANCE SERVICE, INC. AND BRENDA ROBINSON ONLY, WITH PREJUDICE; (Proposed) ORDER**

Guardian Ad Litem, TRACI MORALES, ELIZABETH LEVINGSTON, by and through her Guardian Ad Litem, TRACI MORALES, D'ANDRE LEVINGSTON and ELISHA LEVINGSTON, by and through their counsel of record, hereby request dismissal of this entire matter, including all causes of action, with prejudice, as to Defendants, HALL AMBULANCE SERVICE, INC. and BRENDA ROBINSON, only. Defendants, HALL AMBULANCE SERVICE, INC. and BRENDA ROBINSON, by and through their attorney of record, as well as Defendants COUNTY OF KERN and DEPUTY DAVID MANRIQUEZ, by and through their counsel of record, stipulate to Plaintiffs' request for dismissal with prejudice. The dismissed Defendants agree that they shall bear their own costs and attorney's fees associated with this matter.

**IT IS SO STIPULATED.**

Dated: January 16, 2018        **LAW OFFICES OF MICHAEL J. CURLS**

By:   /s/ Nichelle D. Jones
        Michael J. Curls, Esq.
        Nichelle D. Jones, Esq.
        Attorneys for Plaintiffs, Estate of Donald Maliik Levingston, Traci Morales, Elijah Levingston, Elizabeth Levingston, Elisha Levingston and D'Andre Gonzalez Levingston

Dated: January 8, 2018        **McNEIL TROPP & BRAUN LLP**

By:   /s/ Christina N. Meissner
        Deborah S. Tropp, Esq.
        Christina N. Meissner, Esq.
        Attorneys for Defendants, Hall Ambulance Service, Inc. and Brenda Robinson

Dated: January 8, 2018        **MARK L. NATIONS, County Counsel**

By:   /s/ Andrew C. Thomson
        Andrew C. Thomson, Deputy
        Attorneys for Defendants,
        Deputy David Manriquez and
        County of Kern

## ORDER

The parties have stipulated to dismiss the matter with prejudice as to Hall Ambulance Service, Inc. and Brenda Robinson with prejudice. (Doc. 72) They agree that the parties involved will bear their own costs and fees. Id. at 2. The stipulation relies on Fed. R. Civ.P. 41(a)(1) which provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."..." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is **DIRECTED** to close this action as to these defendants **only.**[1]

IT IS SO ORDERED.

   Dated: **January 17, 2018**     /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has already "terminated" these defendants from this action. (Doc. 70 at 6)

**STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANTS HALL AMBULANCE SERVICE, INC. AND BRENDA ROBINSON ONLY, WITH PREJUDICE; (Proposed) ORDER**