MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile: (323) 293-2350
Attorneys for Plaintiffs THE ESTATE OF DONALD MALIIK LEVINGSTON, et al

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DONALD MALIIK LEVINGSTON, TRACI MORALES, individually and as successor in interest to THE ESTATE OF DONALD MALIIK LEVINGSTON, ELIJAH LEVINGSTON by and through his *Guardian Ad Litem* TRACI MORALES and ELIZABETH LEVINGSTON, by and through her *Guardian Ad Litem* TRACI MORALES, D'ANDRE LEVINGSTON and ELISHA LEVINGSTON<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, DEPUTY DAVID MANRIQUEZ, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, HALL AMBULANCE SERVICE, INC., BRENDA ROBINSON, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants | Case No.: 1:16-CV-00188-DAD-JLT<br><br>[PROPOSED] ORDER ON REQUEST FOR COURT'S PERMISSION FOR MICHAEL J. CURLS AND D'ANDRE LEVINGSTON TO BE AVAILABLE BY TELEPHONE AT UPCOMING SETTLEMENT CONFERENCE<br><br>(Doc. 74) |

Plaintiffs THE ESTATE OF DONALD MALIIK LEVINGSTON, TRACI MORALES, ELIJAH LEVINGSTON, ELIZABETH LEVINGSTON, D'ANDRE LEVINGSTON and ELISHA LEVINGSTON'S request for the Court's permission for Attorney Michael J. Curls and Plaintiff D'Andre Levingston be available to attend the January 30, 2018 Settlement Conference by telephone is hereby APPROVED.

The Court further requests that Attorney Curls and Mr. Levingston be available telephonically during the time of the conference should their participation be needed in any manner.

**IT IS APPROVED AND SO ORDERED**

Dated: January __29__, 2018

By: *Jennifer L. Thurston*
United States District Court Magistrate
Judge Jennifer L. Thurston